## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WALETTA JOYCE, | ) |
|                 Plaintiff, | ) |
| vs. | ) No. 1:03-cv-1414-SEB-WTL |
| RELIANT SERVICES, LLC, | ) |
|                 Defendant. | ) |

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on her complaint.

The costs of this action are assessed against the plaintiff.

Date: 07/24/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bobby Allen Potters
POTTERS LAW FIRM
bpotters@aol.com

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kim.ebert@ogletreedeakins.com

Brandon M. Shelton
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brandon.shelton@ogletreedeakins.com

Katy Hui-Hsien Yang-Page
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
katy.yang-page@odnss.com